Christopher F. Burger, #16056
Shannon C. Oury - #19578
**STEVENS & BRAND, L.L.P.**
900 Massachusetts St., Ste. 500
P.O. Box 189
Lawrence, KS 66044-0189
(785) 843-0811 – Phone
(785) 843-0341 – Fax
(785) 856-6528 – Direct
Attorneys for Defendant Bret Stouder

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRET STOUDER | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 09CV4113-JAR |
| | ) | |
| M&A TECHNOLOGY, INC. & | ) | |
| MAGDY ELWANY     Defendants. | ) | |
| | ) | |

## PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

COMES NOW Plaintiff Bret Stouder, by and through counsel, Stevens & Brand, L.L.P., and requests that Defendants, pursuant to K.S.A. 60-234, produce for inspection and copying, at the office of Plaintiff Bret Stouder's attorney, the following documents:

1. All documents referred to or referenced in responding to any interrogatory.

2. All anticipated exhibits.

3. Copies of every statement received from any individual relevant to any matter in this case.

4. All documents relevant to any issues in this litigation.

5. All documents concerning litigation in which any Defendants was a party.

6. All email and other documents relevant to issues in this case, including but not limited to the termination of Mr. Stouder; the entry and fulfillment of the China Lake order;

1



Florida litigation Case No. 07-CA-003230 involving Mr. Stouder; notice of your right to cure perceived faults in Mr. Stouder's employment agreement; Supercomputing 09; commission paid or owed to Mr. Stouder; commissions paid or owed to other salesmen of Team HPC; and other matters relevant to this litigation.

7. Mr. Stouder's complete personnel file.

8. All agreements and drafts thereof concerning Mr. Stouder's employment, separation of employment, cancellation of employment, or other matters concerning his connection with Defendants.

9. All notices of termination of Mr. Stouder's employment agreement.

10. All documents evidencing sales made by Team HPC from January 1, 2008 through the current date.

11. The gross margin on each sale made by Team HPC from January 1, 2008 through the current date.

12. The identification of each salesperson for Team HPC who made a sale since January 1, 2008.

13. The commissions paid to each sales person in the Team HPC division who reported to Stouder and were approved by the corporation for sales from January 1, 2008 to the current date.

14. All agreements concerning the creation, maintenance, renewal and termination of the "1-800-TeamHPC" telephone number.

15. All correspondence with each person concerning the creation, maintenance, renewal and termination of the "1-800-TeamHPC" telephone number.

16. All documents concerning the creation, maintenance, renewal and termination of the "1-800-TeamHPC" telephone number.

17. All contracts and communications with the persons who updated the Team HPC website in 2010.

18. All documents concerning the update of the Team HPC website in 2010.

19. All policies and other documents concerning the installation and integration of sales made by Team HPC.

20. Copies of each install script for sales made by Team HPC.

21. Each quote submitted by Team HPC to a potential customer since January 1, 2008.

22. Each bid submitted to a potential customer since January 1, 2008 by Team HPC.

23. The technical specifications for each new product rolled out by Team HPC since January 1, 2009.

24. Each marketing plan since January 1, 2009 for Team HPC.

25. Each profit and loss book of account created by or at the request of Mr. Tom Garrett regarding Team HPC's performance since January 1, 2008.

26. Each profit and loss book of account created by or at the request of Mr. Carrington regarding Team HPC's performance since January 1, 2008.

27. Copies of each succession plan for Mr. Magdy Elwany.

28. All correspondence with Microtech Computers, Inc. and/or Dana Chang and/or Michael Zheng and/or their agents, attorneys or other representatives since January 1, 2005.

29. Copies of each document provided to Microtech Computers, Inc. and/or Dana Chang and/or Michael Zheng and/or their agents, attorneys or other representatives since January 1, 2009.

30. All files and documents retained by Mr. Garrett concerning the Team HPC Division.

31. All policies of M&A Technologies, Inc. including Team HPC regarding compliance with DOC9.

32. All correspondence, documents, and other plans in regard to attending Supercomputing 09.

33. Each DOC9 order with Team HPC at some time between January 1, 2009 and the current date.

34. Each DOC9 order with M&A Technologies, Inc. at some time between January 1, 2009 and the current date.

35. Each notice provided notifying when the China Lake order could be performed.

36. All policies and procedures concerning the conversion of orders.

37. Division quotas for Team HPC for each month since January 1, 2008.

38. All compensation paid to Christopher Allison since January 1, 2008, specifically identifying when and for what.

39. Each report showing the timely completion of the fabrication and installation of Team HPC orders.

40. All policies and procedures concerning the functionality of the ERP system.

41. All correspondence and analysis regarding any claims by Microtech Computers, Inc. that it had proprietary and protectable "scripts" or other items.

42. All negotiations with Federal Edge regarding the China Lake order.

43. All communications with Federal Edge since January 1, 2009.

44. All documents showing an intent to stay within the HPC space.

45. Each document concerning attempts to sell Team HPC since January 1, 2009, including the identification of meetings with prospective purchasers.

46. All email from and/or to Chris Kalis.

47. All email that contain the word "hobby".

48. All email that contain the word "succession".

49. All email that contain the word "linux".

50. All email that contain the words "China Lake".

51. All documents that support M&A's position that Mr. Stouder was terminated for cause.

52. All customer complaints concerning TeamHPC or its systems.

53. Responses to each customer complaint and the responsive measures to each complaint.

54. All profit and loss statements for TeamHPC from 2005-2009.

55. All Tax returns for M&A for 2005 – 2009.

56. All ISO documents that detail the problems with delivery of TeamHPC systems from 2005-2009.

57. All written documents that indicate counseling sessions or letters of reprimand for employees of M&A and/or TeamHPC and/or 1099 employees or subcontractors of M&A between 2005 and 2009.

Case 5:09-cv-04113-JAR   Document 91-1   Filed 08/23/10   Page 6 of 7

58. All monthly meeting material that indicates the delivery time of all solutions for all divisions of M&A Technology. These documents should include the K-12 division, the OEM division, the HPC division, the gaming division and all third party business of M&A Technology or its subsidiaries.

59. Copies of receipts for each SuperComputing (SC) Tradeshow from 2005-current.

60. Copies of reimbursements from Vendors for SC-05 to current date.

61. All calculations and supporting information showing the allocation of overhead and costs to the Team HPC division.

62. Documents identifying all products and services provided by M&A.

63. Documents identifying all products and services provided by Team HPC.

64. All documents concerning each communication by Plaintiff to customers of M&A other than those who were seeking a purchase from Team HPC.

65. All assignment of proceeds agreement entered into by M&A since 2005.

66. All communications with prospective purchasers of Team HPC.

67. All communications between M&A and Mr Stouder since June 13, 2009.

68. Each trade secret you contend Mr. Stouder has had access to.

69. M&A's GSA contract(s).

70. All communications with Plaxo.

Date submitted: 22 June 2010

Respectfully submitted,

**STEVENS & BRAND, L.L.P.**
900 Massachusetts St., Ste. 500
P. O. Box 189
Lawrence, KS  66044-0189

(785) 843-0811 – Phone
(785) 843-0341 – Fax
(785) 856-6528 – Direct
*Attorneys for Plaintiff Bret Stouder*

By_____
Christopher F. Burger, #16056

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2010, I mailed a true copy of the foregoing Plaintiff's First Request for Production of Documents to Defendants to attorney for Defendants by placing said copies in the U. S. Mail, postage prepaid, at Lawrence, Kansas, addressed to:

Paul Seyferth
Andy Funk
SEYFERTH, BLUMENTHAL & HARRIS, LLC
300 Wyandotte Street, Suite 430
Kansas City, MO 64105

_____
Christopher F. Burger