Christopher F. Burger, #16056
Shannon C. Oury - #19578
**STEVENS & BRAND, L.L.P.**
900 Massachusetts St., Ste. 500
P.O. Box 189
Lawrence, KS 66044-0189
(785) 843-0811 – Phone
(785) 843-0341 – Fax
(785) 856-6528 – Direct
Attorneys for Defendant Bret Stouder

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BRET STOUDER | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 09CV4113-JAR |
| | ) | |
| M&A TECHNOLOGY, INC. & | ) | |
| MAGDY ELWANY   Defendants. | ) | |
| | ) | |

## PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS
## TO DEFENDANTS

COMES NOW Plaintiff Bret Stouder, by and through counsel, Stevens & Brand, L.L.P., and requests that Defendants, pursuant to K.S.A. 60-234, produce for inspection and copying, at the office of Plaintiff Bret Stouder's attorney, the following documents:

1. The Resume of each individual who performed work programming, loading or otherwise integrating the software, programs and/or scripts on each product sold by Team HPC since January 1, 2008.

2. The time cards for each engineer showing the time spent performing work programming, loading or otherwise integrating the software, programs and/or scripts on each product sold by Team HPC since January 1, 2008.

Date submitted: July 20, 2010

1


EXHIBIT E

Respectfully submitted,

**STEVENS & BRAND, L.L.P.**
900 Massachusetts St., Ste. 500
P. O. Box 189
Lawrence, KS  66044-0189
(785) 843-0811 – Phone
(785) 843-0341 – Fax
(785) 856-6528 – Direct
*Attorneys for Plaintiff Bret Stouder*

By _____
Shannon C. Oury, #19578

## CERTIFICATE OF SERVICE

I hereby certify that on the ___20___ day of July, 2010, I mailed a true copy of the foregoing Plaintiff's Second Request for Production of Documents to Defendants to attorney for Defendants by placing said copies in the U. S. Mail, postage prepaid, at Lawrence, Kansas, addressed to:

Paul Seyferth
Andy Funk
SEYFERTH, BLUMENTHAL & HARRIS, LLC
300 Wyandotte Street, Suite 430
Kansas City, MO  64105

_____
Christopher F. Burger

2