IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRET STOUDER | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 09-CV-4113-JAR-KGS |
| M & A TECHNOLOGY, INC. | ) ) ) |
| & | ) ) |
| MAGDY ELWANY | ) ) |
| Defendants. | ) |

## DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS

COME NOW Defendants M&A Technology, Inc. and Magdy Elwany, by and through their undersigned counsel of record, and hereby respond to Plaintiff's Second Requests for Production of Documents to Defendants as follows:

### GENERAL OBJECTIONS

The following General Objections are incorporated within and apply to each of Defendants' Responses below, as if fully set forth within the text of such Responses.

1. Defendants object to each request for production to the extent it calls for disclosure, implicitly or explicitly, of matters protected from discovery by the attorney-client and/or work product privileges, or which were prepared in anticipation of litigation or for trial.

2. Defendants object to Plaintiff's Second Requests for Production of Documents to the extent they seek to impose any obligations on Defendants other than those established by the Federal Rules of Civil Procedure and the Local Rules of this Court.

1



3. Defendants object to Plaintiff's Second Requests for Production of Documents, or portions thereof, to the extent they seek production of "all," "each," "every," "any," "relate(s) to," "refer(s) to," or similar terminology. Plaintiff's terminology is overly broad, unduly burdensome, vague, and ambiguous in that the documents requested may only remotely or tangentially relate to the allegations and claims in this lawsuit or to the particular inquiry stated in Plaintiff's Second Requests for Production. Defendants represent that they will make a good faith effort to respond to Plaintiff's Second Requests for Production within reasonable parameters pertinent to the allegations and claims raised in Plaintiff's Complaint.

4. Defendants object to Plaintiff's Second Requests for Production to the extent they call for documents in the possession, custody, or control of other parties or non-parties to this litigation.

5. By answering these Requests, Defendants reserve and do not waive any of their General Objections, and Defendants reserve and do not waive any objection they may have to further discovery or admissibility in evidence of any of the documents provided.

6. Defendants reserve the right to supplement their responses to these requests as appropriate and as allowed by the Federal Rules of Civil Procedure.

## RESPONSES TO SECOND DOCUMENT REQUESTS

1. The Resume of each individual who performed work programming, loading or otherwise integrating the software, programs and/or scripts on each product sold by Team HPC since January 1, 2008.

RESPONSE: Objection. Defendants object to this Request as overly broad and not reasonably calculated to lead to discoverable evidence.

2. The time cards for each engineer showing the time spent performing work programming, loading or otherwise integrating the software, programs and/or scripts on each product sold by Team HPC since January 1, 2008.

RESPONSE: Objection. Defendants object to this Request as vague and ambiguous, overly broad and not reasonably calculated to lead to discoverable evidence.

                        SEYFERTH BLUMENTHAL & HARRIS LLC

                        By:/s/ *Andrew W. Funk*
                        Paul D. Seyferth, KS Bar No. 16837
                        Andrew W. Funk, KS Bar No. 78181
                        300 Wyandotte, Suite 430
                        Kansas City, Missouri  64105
                        Telephone:   (816) 756-0700
                        Facsimile:   (816) 756-3700

                        ATTORNEYS FOR DEFENDANT AND
                        COUNTERCLAIMANT
                        M&A TECHNOLOGY, INC.
                        AND
                        DEFENDANT MAGDY ELWANY

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2010, I served DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR PRODUCTION OF DOCUMENTS via electronic mail and U.S. Mail, postage prepaid, addressed to the following:

STEVENS & BRAND, LLP

Christopher Burger, #16056
Shannon Oury, KS # 19578
900 Massachusetts St., Ste. 500
P.O. Box 189
Lawrence, KS 66044-0189
Phone: (785) 843-0811
Fax: (785) 843-0341
cburger@stevensbrand.com
soury@stevensbrand.com

**ATTORNEYS FOR PLAINTIFF**

                                 /s/ *Andrew W. Funk*
                                 *Attorney for Defendant and Counterclaimant*
                                 *M&A Technology, Inc.*
                                 *and Defendant Magdy Elwany*